**FORM 9**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                : Case No. 09-56305
                                      :
   Jane D. Morford                    : Chapter 7
                                      :
                                      : Judge Caldwell
   Debtor(s)                          :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $301.14 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ohio Department of Taxation<br>Bankruptcy Division<br>PO BOX 530<br>Columbus, Ohio 43216 | 5 | $301.14 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____ | $301.14_____ |

Dated: August 5, 2011                       Case Trustee:/s/Christal L. Caudill
                                            Christal L. Caudill
                                            2130 Arlington Ave.
                                            Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215